| | |
|---|---|
| **From:** | USDSCORTEAM <USDSCORTEAM@ed.gov> |
| **Sent:** | Wednesday, August 21, 2024 10:49 AM |
| **To:** | Farmer, Jennifer; grp.MOHELAUSDSTeam |
| **Cc:** | FSAVendorManagementTeam; Singleton, Rhonda; Lew, Kimberly; Miller, Debbie; Jenkins, Lateata; Booker, Anthony; Jackson, Maxine; Carroll, Marie; Meads, Dawn; Brown, Nicole; Zavala, Nina; Parker, Kristen; Brown, Taris; Frisby, Emir; Deadwyler, Anita; POC Change Request; Merchant, Denise; Lisa Tessitore; Oversight Special Projects; Boyd, Caryn; Fenwick, Benjamin; Mcclam, Jackson; Hardiman, Darrick; Lene, Christina; Dick, Jeremy; Hankish, James; Oversight Special Projects; USDSCORTEAM; USDSISSOs; FSAVendorManagementTeam; FSAVendorOversightGroup; Brillant, Nannie; BCM_Communications; FSA ACQ Loan Servicing Team |
| **Subject:** | To USDS-MOHELA - 7037 - SDR IST Files - Updated Schedule |

> **Caution:** This email originated from outside the organization. Please take care when clicking links or opening attachments.

USDS-MOHELA,

Please note that FSA will issue an updated SDR IST schedule once the files are delivered to servicers. The anticipated completion date will be three business days after delivery of the discharge file.

Please let us know if you have any questions. Thank you.

To keep our processes streamlined and ensure notifications are received, please reply-all to acknowledge receipt of this information.

Thank you,

FSA USDS COR Team
USDSCORTEAM@ed.gov


EXHIBIT E