Consolidation Activity - Dept of Education (Transaction Code 1070)
Monthly Summary

| Dates | Principal | Interest | Total Loan Balance | Borrower Count | Average Balance per Borrower | 12 Month Average |
|---|---|---|---|---|---|---|
| Sep-19 | $ 3,249,551.67 | $ 127,657.58 | $ 3,377,209.25 | 153 | $ 22,073.26 | |
| Oct-19 | $ 4,673,497.42 | $ 286,350.06 | $ 4,959,847.48 | 185 | $ 26,809.99 | |
| Nov-19 | $ 3,973,462.39 | $ 175,858.65 | $ 4,149,321.04 | 179 | $ 23,180.56 | $ 3,807,162.47 |
| Dec-19 | $ 3,937,704.85 | $ 204,341.45 | $ 4,142,046.30 | 173 | $ 23,942.46 | |
| Jan-20 | $ 3,232,030.34 | $ 136,324.28 | $ 3,368,354.62 | 165 | $ 20,414.27 | |
| Feb-20 | $ 3,953,934.30 | $ 228,580.78 | $ 4,182,515.08 | 164 | $ 25,503.14 | |
| Mar-20 | $ 4,733,304.98 | $ 207,266.84 | $ 4,940,571.82 | 197 | $ 25,079.04 | |
| Apr-20 | $ 3,268,939.09 | $ 83,350.97 | $ 3,352,290.06 | 172 | $ 19,490.06 | |
| May-20 | $ 4,832,658.64 | $ 295,848.70 | $ 5,128,507.34 | 153 | $ 33,519.66 | |
| Jun-20 | $ 2,970,485.25 | $ 153,727.58 | $ 3,124,212.83 | 127 | $ 24,600.10 | |
| Jul-20 | $ 3,029,381.36 | $ 127,528.01 | $ 3,156,909.37 | 117 | $ 26,982.13 | |
| Aug-20 | $ 2,975,014.43 | $ 120,416.81 | $ 3,095,431.24 | 114 | $ 27,152.91 | |
| Sep-20 | $ 3,012,062.23 | $ 194,234.71 | $ 3,206,296.94 | 128 | $ 25,049.19 | |
| Oct-20 | $ 3,723,782.56 | $ 115,710.38 | $ 3,839,492.94 | 101 | $ 38,014.78 | |
| Nov-20 | $ 2,759,038.07 | $ 114,386.83 | $ 2,873,424.90 | 114 | $ 25,205.48 | $ 3,929,942.60 |
| Dec-21 | $ 3,453,919.87 | $ 129,098.19 | $ 3,583,018.06 | 114 | $ 31,429.98 | |
| Jan-21 | $ 2,722,103.34 | $ 139,075.11 | $ 2,861,178.45 | 110 | $ 26,010.71 | |
| Feb-21 | $ 4,281,050.61 | $ 234,599.70 | $ 4,515,650.31 | 134 | $ 33,698.88 | |
| Mar-21 | $ 10,254,150.18 | $ 453,982.43 | $ 10,708,132.61 | 367 | $ 29,177.47 | |
| Apr-21 | $ 5,543,161.03 | $ 188,113.11 | $ 5,731,274.14 | 207 | $ 27,687.31 | |
| May-21 | $ 5,215,955.02 | $ 280,934.83 | $ 5,496,889.85 | 165 | $ 33,314.48 | |
| Jun-21 | $ 2,955,620.59 | $ 273,224.96 | $ 3,228,845.55 | 109 | $ 29,622.44 | |
| Jul-21 | $ 2,094,436.27 | $ 81,632.29 | $ 2,176,068.56 | 72 | $ 30,223.17 | |
| Aug-21 | $ 1,693,204.69 | $ 53,890.86 | $ 1,747,095.55 | 74 | $ 23,609.40 | |
| Sep-21 | $ 1,736,435.51 | $ 73,749.39 | $ 1,810,184.90 | 75 | $ 24,135.80 | |
| Oct-21 | $ 2,288,860.57 | $ 138,687.73 | $ 2,427,548.30 | 98 | $ 24,770.90 | |
| Nov-21 | $ 5,432,361.03 | $ 362,540.25 | $ 5,794,901.28 | 228 | $ 25,416.23 | $ 10,701,300.54 |
| Dec-21 | $ 6,640,755.64 | $ 235,503.59 | $ 6,876,259.23 | 272 | $ 25,280.36 | |
| Jan-22 | $ 4,809,174.50 | $ 223,263.83 | $ 5,032,438.33 | 220 | $ 22,874.72 | |
| Feb-22 | $ 5,071,585.76 | $ 258,158.96 | $ 5,329,744.72 | 209 | $ 25,501.17 | |
| Mar-22 | $ 11,399,248.51 | $ 603,998.08 | $ 12,003,246.59 | 468 | $ 25,647.96 | |
| Apr-22 | $ 9,156,917.97 | $ 544,304.33 | $ 9,701,222.30 | 342 | $ 28,366.15 | |
| May-22 | $ 7,032,132.07 | $ 571,172.44 | $ 7,603,304.51 | 294 | $ 25,861.58 | |
| Jun-22 | $ 9,143,460.75 | $ 563,138.47 | $ 9,706,599.22 | 376 | $ 25,815.42 | |
| Jul-22 | $ 11,231,795.96 | $ 756,257.29 | $ 11,988,053.25 | 522 | $ 22,965.62 | |
| Aug-22 | $ 18,736,421.64 | $ 1,563,333.52 | $ 20,299,755.16 | 801 | $ 25,343.02 | |
| Sep-22 | $ 13,438,223.36 | $ 1,177,512.51 | $ 14,615,735.87 | 547 | $ 26,719.81 | |
| Oct-22 | $ 17,905,006.09 | $ 1,559,339.94 | $ 19,464,346.03 | 822 | $ 23,679.25 | |
| Nov-22 | $ 26,232,142.65 | $ 2,004,162.31 | $ 28,236,304.96 | 1,107 | $ 25,507.05 | $ 8,683,792.34 |
| Dec-22 | $ 17,387,592.20 | $ 1,502,988.23 | $ 18,890,580.43 | 653 | $ 28,928.91 | |
| Jan-23 | $ 2,909,161.53 | $ 251,630.85 | $ 3,160,792.38 | 113 | $ 27,971.61 | |
| Feb-23 | $ 9,588,125.65 | $ 616,769.31 | $ 10,204,894.96 | 354 | $ 28,827.39 | |
| Mar-23 | $ 7,062,713.84 | $ 618,291.58 | $ 7,681,005.42 | 269 | $ 28,553.92 | |
| Apr-23 | $ 3,706,433.74 | $ 336,279.74 | $ 4,042,713.48 | 126 | $ 32,085.03 | |
| May-23 | $ 3,417,258.39 | $ 292,784.84 | $ 3,710,043.23 | 133 | $ 27,895.06 | |
| Jun-23 | $ 4,000,504.03 | $ 408,411.60 | $ 4,408,915.63 | 146 | $ 30,198.05 | |
| Jul-23 | $ 3,632,345.88 | $ 297,322.70 | $ 3,929,668.58 | 116 | $ 33,876.45 | |
| Aug-23 | $ 5,495,888.71 | $ 448,613.91 | $ 5,944,502.62 | 179 | $ 33,209.51 | |
| Sep-23 | $ 5,447,555.87 | $ 469,314.24 | $ 5,916,870.11 | 169 | $ 35,011.07 | |
| Oct-23 | $ 7,424,193.24 | $ 655,022.99 | $ 8,079,216.23 | 283 | $ 28,548.47 | |
| Nov-23 | $ 5,606,245.78 | $ 489,634.81 | $ 6,095,880.59 | 213 | $ 28,619.16 | $ 13,534,007.95 |
| Dec-23 | $ 6,274,282.85 | $ 707,089.45 | $ 6,981,372.30 | 225 | $ 31,028.32 | |
| Jan-24 | $ 10,393,568.30 | $ 1,122,753.02 | $ 11,516,321.32 | 412 | $ 27,952.24 | |
| Feb-24 | $ 18,657,603.35 | $ 1,885,154.49 | $ 20,542,757.84 | 729 | $ 28,179.37 | |
| Mar-24 | $ 9,022,815.83 | $ 909,215.26 | $ 9,932,031.09 | 388 | $ 25,598.02 | |
| Apr-24 | $ 13,250,023.88 | $ 1,515,343.44 | $ 14,765,367.32 | 547 | $ 26,993.36 | |
| May-24 | $ 20,490,622.70 | $ 2,169,199.28 | $ 22,659,821.98 | 803 | $ 28,218.96 | |
| Jun-24 | $ 19,396,445.56 | $ 1,984,398.22 | $ 21,380,843.78 | 610 | $ 35,050.56 | |
| Jul-24 | $ 12,999,596.48 | $ 1,455,300.99 | $ 14,454,897.47 | 487 | $ 29,681.51 | |
| Aug-24 | $ 6,388,685.84 | $ 622,099.93 | $ 7,010,785.77 | 201 | $ 34,879.53 | |

EXHIBIT M

