IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>    *Defendants*. | Civil Action No. 2:24-cv-00103-LGW-BWC |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff States move this Court for an order allowing them to exceed the 26-page limit imposed by Local Rule 7.1(a) for their Memorandum in Support of their Combined Motion for Stay/Preliminary Injunction/Temporary Restraining Order. The States move the Court to extend the page limit to allow them to file a brief totaling 56 pages.

An extension is needed because Plaintiff States seek emergency relief and assert four counts challenging the Federal Government's imminent attempt to unlawfully cancel hundreds of billions of dollars in student loans. This is Defendants' third attempt in as many years to

1

fundamentally restructure the American student loan landscape by executive fiat. As explained in the briefing, the States will face imminent harm absent relief.

To show entitlement to relief, the Plaintiff States must explain the complicated national student loan industry, Defendants' authority under the Higher Education Act of 1965 and its many amendments, as well as Defendants' three attempts to mass cancel student loans. This lawsuit raises constitutional, statutory, and procedural claims, and it develops several theories of standing.

In short, the issues raised in the Plaintiff States' memorandum are complex and significant, and so require more than 26 pages to explain. When Plaintiff States sued earlier this year over the second attempt at mass loan cancellation, the States sought and received an extension to 55 pages, about the same request the States seek here. *Missouri v. Biden*, No. 24-cv-520, ECF 8, 9 (E.D. Mo. 2024).[1] An extension of similar length is needed here. *See, e.g.*, *In re ValuJet, Inc.*, 984 F. Supp. 1472, 1476 (N.D. Ga. 1997) ("The Court recognizes that the issues presented in this large and complex case will necessitate briefs that exceed the page limitations.").

Plaintiff States' filing is a combined motion for stay, motion for a preliminary injunction, and motion for a temporary restraining order and a brief in support. Plaintiff States respectfully request that the Court allow them to file a Brief in Support of their Combined Motion totaling 56 pages in length.

---

[1] https://storage.courtlistener.com/recap/gov.uscourts.moed.211135/gov.uscourts.moed.211135.8.0.pdf

Date: September 3, 2024

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**
Stephen J. Petrany
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

/s/ G. Todd Carter
G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
Office of the Georgia
Attorney General
Brown, Readdick, Bumgartner,
Carter, Strickland &Watkins, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

Respectfully Submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine*
    *Solicitor General*
Reed C. Dempsey*
    *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov

*Pro hac vice pending

3

**STEVE MARSHALL**
**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.*
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Pro hac vice pending

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni*
   *Solicitor General*
Dylan L. Jacobs*
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Pro hac vice pending

**ASHLEY MOODY**
**Attorney General of Florida**

/s/James H. Percival
James H. Percival*
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Pro hac vice pending

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt*
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Pro hac vice pending

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser*
   *Solicitor General*
Mathura J. Sridharan*
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Pro hac vice pending

4