# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00103-LGW-BWC |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to seal the contents of Exhibits D and F. For good cause shown, the Court will grant the Plaintiffs' Motion. Defendants are ordered to inform the Court whether or when these materials can be unsealed.

Dated this _____ day of September, 2024

_____

HON. _____, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA