# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. _____

Appearing on behalf of
Missouri, et al.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   Reed C. Dempsey

Business Address:   Missouri Attorney General's Office
                    Firm/Business Name

P. O. Box 899
Street Address

Jefferson City,    MO    65102
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

573.751.1800                              N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   Reed.Dempsey@ago.mo.gov

# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. _____

Appearing on behalf of : _____
Missouri, et al.
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Reed C. Dempsey_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Brunswick_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____for the District of Columbia_____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Todd Carter_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __3rd__ day of __September__, __2024__.

/s/ Reed C. Dempsey
_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Todd Carter_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __3rd__ day of __September__, __2024__ .

| | |
|---|---|
| 113601 | /s/ G. Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| 912.264.8544 | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm) |
| Business Telephone | 5 Glynn Avenue, P. O. Box 220 (Business Address) |
| | Brunswick, GA  31521-0220 (City, State, Zip) |
| | 5 Glynn Avenue, P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |

 

# United States District & Bankruptcy Courts
# for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## REED   C.   DEMPSEY

was, on the **6th** day of **March** A.D. **2023** admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this **14th** day of **June** A.D. **2024**.



**ANGELA D. CAESAR,** Clerk of Courts

By: ____/s/ Hannah Norton____
                **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, | * | |
| STATE OF GEORGIA, | * | |
| STATE OF ALABAMA, | * | |
| STATE OF ARKANSAS, | * | |
| STATE OF FLORIDA, | * | |
| STATE OF NORTH DAKOTA, and | * | |
| STATE OF OHIO, | * | |
| | * | |
| Plaintiffs | * | Civil Action No: _____ |
| | * | |
| | * | |
| UNITED STATES DEPARTMENT | * | |
| OF EDUCATION, | * | |
| | * | |
| MIGUEL A. CARDONA, in his official | * | |
| capacity as Secretary, United States | * | |
| Department of Education, and | * | |
| | * | |
| JOSEPH R. BIDEN, Jr., in his official | * | |
| capacity as President of the United States, | * | |
| | * | |
| Defendants | * | |

_____

**PREVIOUS CASES WHERE APPEARED IN THE
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**

*State of Kansas, et al. v. U. S. Department of Labor, et al.*
*Case No:   2:24-cv-00076-LGW-BWC*

/s/ Reed C. Dempsey
_____
(Signature of ***Petitioner***)