# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. _____

Appearing on behalf of

Missouri, et al.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Joshua M. Divine

Business Address: Missouri Attorney General's Office
Firm/Business Name

P.O. Box 899
Street Address

_____  Jefferson City   MO   65102
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(573) 751-8870                         N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: Josh.Divine@ago.mo.gov

# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. _____

Appearing on behalf of : _____

Missouri, et al.
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, Joshua M. Divine hereby requests permission to appear pro hac vice in the subject case filed in the Brunswick Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, for the Eastern District of Missouri. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Todd Carter as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This **3rd** day of September, 2024.

/s/ Joshua M. Divine
_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Todd Carter, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This **3rd** day of September, 2024.

| | |
|---|---|
| 113601 | /s/ G. Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| 912.264.8544 | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm) |
| Business Telephone | 5 Glynn Avenue, P. O. Box 220 (Business Address) |
| | Brunswick, GA 31521-0220 (City, State, Zip) |
| | 5 Glynn Avenue, P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

## CERTIFICATE OF GOOD STANDING

I, _____ NATHAN M. GRAVES _____, Clerk of this Court,

certify that _____ **Joshua M. Divine** _____, Bar # __69875MO__,

was duly admitted to practice in this Court on __09/08/2017__, and is in good standing as a member of the Bar of this Court.

Dated at _____ St. Louis, Missouri _____ on _____ August 20, 2024 _____
                                            *(Location)*                                                     *(Date)*

/s/Nathan M. Graves
          *CLERK*                                    /s/ JBH
                                                        *DEPUTY CLERK*



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, | * | |
| STATE OF GEORGIA, | * | |
| STATE OF ALABAMA, | * | |
| STATE OF ARKANSAS, | * | |
| STATE OF FLORIDA, | * | |
| STATE OF NORTH DAKOTA, and | * | |
| STATE OF OHIO, | * | |
| | * | |
| Plaintiffs | * | Civil Action No: _____ |
| | * | |
| | * | |
| UNITED STATES DEPARTMENT | * | |
| OF EDUCATION, | * | |
| | * | |
| MIGUEL A. CARDONA, in his official | * | |
| capacity as Secretary, United States | * | |
| Department of Education, and | * | |
| | * | |
| JOSEPH R. BIDEN, Jr., in his official | * | |
| capacity as President of the United States, | * | |
| | * | |
| Defendants | * | |

**PREVIOUS CASES WHERE APPEARED IN THE
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**

*None*

/s/ Joshua M. Divine
_____
(Signature of ***Petitioner***)