# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

United States Department of Education, et al.
Defendant

Case No. 2:24-cv-00103

Appearing on behalf of

State of Georgia, Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Stephen J. Petrany

Business Address: Georgia Department of Law
Firm/Business Name

40 Capitol Square, S.W.
Street Address

Atlanta,    GA    30260
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(404) 458 - 3408          718981
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: spetrany@law.ga.gov

# United States District Court
## Southern District of Georgia

State of Missouri, et al.

Plaintiff

v.

United States Department of Education, et al.

Defendant

Case No. 2:24-cv-00103

Appearing on behalf of: _____

State of Georgia, Plaintiff

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, **Stephen J. Petrany**, hereby requests permission to appear pro hac vice in the subject case filed in the **Brunswick** Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, **Northern District of Georgia**. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates **Todd Carter** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This **3** day of **September**, **2024**.

/s/ Stephen J. Petrany

(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Todd Carter**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This **3rd** day of **September**, **2024**.

113601
Georgia Bar Number

912.264.8544
Business Telephone

/s/ G. Todd Carter
Signature of Local Counsel

Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm)
5 Glynn Avenue, P. O. Box 220 (Business Address)
Brunswick, GA 31521-0220 (City, State, Zip)
5 Glynn Avenue, P. O. Box 220 (Mailing Address)
tcarter@brbcsw.com (Email Address)



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                }
                                         } ss.
NORTHERN DISTRICT OF GEORGIA             }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that STEPHEN JOHN PETRANY, State Bar No. 718981,** was duly admitted to practice in said Court on 09/14/2022, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of May, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Courtney Pollard
Deputy Clerk

**Previous Cases Where Applicant Stephen J. Petrany Has Appeared PHV in the Southern District of Georgia:**
- Georgia, et al. v. Biden, et al., 1:21-cv-163
- Kansas, et al. v. U.S. Department of Labor, et al., 2:24-cv-76