# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

U.S. Dept. of Education, et al.
_____
Defendant

Case No. ___2:24-cv-00103___

Appearing on behalf of
___Plaintiff State of North Dakota___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

**NAME OF PETITIONER:** Philip Axt

**Business Address:** Office of North Dakota Attorney General
Firm/Business Name

600 E. Boulevard Ave., Dept. 125
Street Address

_____  Bismarck   ND   58505
Street Address (con't)   City    State   Zip

Mailing Address (if other than street address)

_____ _____ _____ _____
Address Line 2   City   State   Zip

(701) 328-2210
Telephone Number (w/ area code)   Georgia Bar Number

**Email Address:** pjaxt@nd.gov

# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

U.S. Dept. of Education, et al.
Defendant

Case No. 2:24-cv-00103

Appearing on behalf of: _____

Plaintiff State of North Dakota
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Philip Axt__ hereby requests permission to appear pro hac vice in the subject case filed in the __Brunswick__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __District of North Dakota__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Todd Carter__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __4th__ day of __September__, __2024__.

(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Todd Carter__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __4th__ day of __September__, __2024__.

113601
Georgia Bar Number

912.264.8544
Business Telephone

/s/ G. Todd Carter
Signature of Local Counsel

Brown, Readdick, Bumgartner, Carter, Strickland & Watkins (Law Firm)
5 Glynn Avenue, P.O. Box 220 (Business Address)
Brunswick, GA 31521-0220 (City, State, Zip)
5 Glynn Avenue, P.O. Box 220 (Mailing Address)
tcarter@brbcsw.com (Email Address)

Local AO 136 (Rev. 1/23) Certificate of Good Standing

United States District Court
District of North Dakota

# CERTIFICATE OF GOOD STANDING

I, Kari M. Knudson, Clerk of this Court, certify that

Philip Axt

was duly admitted to practice in this Court on

May 17, 2023

and is in good standing as a member of the Bar of this Court

Dated on June 12, 2024

Bismarck, North Dakota.

KARI M. KNUDSON
Clerk

*/s/ Melissa Fischer*
By: Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, <br> STATE OF GEORGIA, <br> STATE OF ALABAMA, <br> STATE OF ARKANSAS, <br> STATE OF FLORIDA, <br> STATE OF NORTH DAKOTA, and <br> STATE OF OHIO, <br><br> Plaintiffs <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, <br><br> Defendants | * * * * * * * * * * * * * * * * * * * * * | 2:24-cv-00103-RSB-BWC <br><br> Civil Action No: _____ |

**PREVIOUS CASES WHERE APPEARED IN THE
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**

*State of Kansas, et al. v. U. S. Department of Labor, et al.*
Case No:   2:24-cv-00076-LGW-BWC