# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

U.S. Dept. of Education, et al.
_____
Defendant

Case No. 2:24-cv-103
_____

Appearing on behalf of
Plaintiff State of Ohio
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Thomas Elliot Gaiser |
| Business Address: | Office of the Ohio Attorney General |
| | Firm/Business Name |
| | 30 E. Broad St., 17th Floor |
| | Street Address |
| | Columbus    OH    43215 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | 614.466.8980 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | thomas.gaiser@ohioago.gov |

# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

U.S. Dept. of Education, et al.
_____
Defendant

Case No. 2:24-cv-103

Appearing on behalf of: Plaintiff

State of Ohio
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Thomas Elliot Gaiser, hereby requests permission to appear pro hac vice in the subject case filed in the Brunswick Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Southern District of Ohio. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Todd Carter as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 3rd day of September, 2024.

/s/ T. Elliott Gaiser
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Todd Carter, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 3rd day of September, 2024.

113601
Georgia Bar Number

912.264.8544
Business Telephone

/s/ G. Todd Carter
Signature of Local Counsel

Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm)
5 Glynn Avenue, P. O. Box 220 (Business Address)
Brunswick, GA  31521-0220 (City, State, Zip)
5 Glynn Avenue, P. O. Box 220 (Mailing Address)
tcarter@brbcsw.com (Email Address)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF

## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

Thomas Elliot Gaiser (0096145)

was duly admitted to practice in this Court on

July 11, 2023

and is in good standing as a member of the Bar of this Court.

Dated at Dayton, Ohio on June 18, 2024

*Issuing officer's signature*, Deputy Clerk

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

None