# United States District Court
## Southern District of Georgia

| | |
|---|---|
| State of Missouri, et al. | Case No. 2:24-cv-00103-LGW-BWC |
| Plaintiff | |
| v. | Appearing on behalf of |
| U. S. Dept. of Education, et al. | Plaintiff State of Alabama |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

**NAME OF PETITIONER:** Edmund G. LaCour Jr.

**Business Address:** Office of the Alabama Attorney General
Firm/Business Name

501 Washington Avenue
Street Address

_____ Montgomery    AL    36130
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

334.242.7300
Telephone Number (w/ area code)    Georgia Bar Number

**Email Address:** Edmund.LaCour@AlabamaAG.gov

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| State of Missouri, et al. | Case No. 2:24-cv-00103-LGW-BWC |
| Plaintiff | |
| v. | Appearing on behalf of: State of Alabama |
| U.S. Dept. of Education, et al. | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Edmund G. LaCour Jr.__ hereby requests permission to appear pro hac vice in the subject case filed in the __Brunswick__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Middle District of Alabama__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Todd Carter__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __5th__ day of __September__, __2024__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Todd Carter__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __5th__ day of __September__, __2024__.

| | |
|---|---|
| 113601 | /s/ G. Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| 912.264.8544 | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm) |
| Business Telephone | 5 Glynn Avenue, P. O. Box 220 (Business Address) |
| | Brunswick, GA 31521-0220 (City, State, Zip) |
| | 5 Glynn Avenue, P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110  
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK  
TELEPHONE (334) 954-3600

### CERTIFICATE OF GOOD STANDING

I, **TREY GRANGER**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **Edmund Gerard LaCour, Jr.** was duly admitted to practice in said Court on **December 26, 2018**, and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on May 6, 2024.

**TREY GRANGER, CLERK**

By: _____  
Deputy Clerk



**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

1. State of Georgia, et al. v. Biden, et al., 1:21-cv-00163-RSB-BKE
2. State of Georgia, et al. v. Wheeler, et al., 2:15-cv-00079-LGW-BWC