# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912)280-1330 |

## NOTICE of FILING DEFICIENCY

To:   G. Todd Carter                                   Date:  9/6/2024
Case: 2:24-cv-103                                      Party: Plaintiffs

Your Motion for Leave to Appear *Pro Hac Vice*, filed on behalf of , __Edmund G. LaCour Jr.__ ,

on __9/5/24__ , is deficient in the area(s) checked below:


[ ☐ ] No actions required (Informative Only)       or       [ ☒ ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

☐   1. You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.
☐   2. You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.
☐   3. You did not designate a member of this court's bar who shall stand as local counsel.
☐   4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
☐   5. You did not submit the appropriate filing fee.
X   6. The Certificate of Good Standing must be within three months.


After 2 days a notice of noncompliance will be submitted to a judicial officer.

For more information - Please contact: __s/ Claudette Robinson__
                                       Deputy Clerk