# United States District Court
## *Southern District of Georgia*

**State of Missouri, et al.**
Plaintiff

v.

**U.S. Dep't of Education, et al.**
Defendant

Case No. 2:24-cv-103

Appearing on behalf of
State of Florida, Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: James H. Percival, II

Business Address: Florida Attorney General's Office
Firm/Business Name

PL-01 The Capitol
Street Address

Tallahassee   FL   32399
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

850-414-3300   n/a
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: james.percival@myfloridalegal.com

# United States District Court
## *Southern District of Georgia*

State of Missouri, et al.
_____
Plaintiff

Case No. 2:24-cv-103

v.

U.S. Dep't of Education, et al.
_____
Defendant

Appearing on behalf of : _____
State of Florida, Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

***Petitioner***, James H. Percival, II hereby requests permission to appear pro hac vice in the subject case filed in the Brunswick Division of the United States District Court for the Southern District of Georgia. ***Petitioner*** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, for the Middle District of Florida. ***Petitioner*** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

***Petitioner*** designates Todd Carter as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

***Petitioner*** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 5th day of September, 2024.

/s/ James H. Percival
_____
(Signature of ***Petitioner***)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Todd Carter, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the ***Petitioner*** fail to respond to any Court order for appearance or otherwise. This 5th day of September, 2024.

| | |
|---|---|
| 113601 | /s/ G. Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| 912.264.8544 | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm) |
| Business Telephone | 5 Glynn Avenue, P. O. Box 220 (Business Address) |
| | Brunswick, GA  31521-0220 (City, State, Zip) |
| | 5 Glynn Avenue, P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |

AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
**Middle District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **James Hamilton Percival**, Florida Bar # **1016188**, was duly admitted to practice in this Court on **November 19, 2020**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on September 05, 2024.



**Elizabeth M. Warren**

*Clerk of Court*

**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

None