# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

United States Department of Education, et al.
Defendant

Case No. 2:24-cv-00103

Appearing on behalf of
State of Georgia, Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of September, 2024.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Stephen J. Petrany

Business Address: Georgia Department of Law
Firm/Business Name

40 Capitol Square, S.W.
Street Address

Atlanta, GA 30260
City  State  Zip

Street Address (con't)

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(404) 458 - 3408      718981
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: spetrany@law.ga.gov