# United States District Court
## *Southern District of Georgia*

State of Missouri, et al.
_____
Plaintiff

v.

U.S. Dept. of Education, et al.
_____
Defendant

Case No. 2:24-cv-103

Appearing on behalf of Plaintiff State of Ohio
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This **9th** day of **September**, **2024**.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: **Thomas Elliot Gaiser**

Business Address: **Office of the Ohio Attorney General** (Firm/Business Name)

**30 E. Broad St., 17th Floor** (Street Address)

**Columbus** (City)  **OH** (State)  **43215** (Zip)

Telephone Number: **614.466.8980**

Email Address: **thomas.gaiser@ohioago.gov**