# United States District Court
## *Southern District of Georgia*

State of Missouri, et al.
_____
Plaintiff

Case No. 2:24-cv-00103

v.

U.S. Dept. of Education, et al.
_____
Defendant

Appearing on behalf of
Plaintiff State of North Dakota
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of September, 2024.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Philip Axt

Business Address: Office of North Dakota Attorney General
Firm/Business Name

600 E. Boulevard Ave., Dept. 125
Street Address

Bismarck, ND, 58505
City, State, Zip

Mailing Address (if other than street address)

(701) 328-2210
Telephone Number (w/ area code)

Email Address: pjaxt@nd.gov