# United States District Court
## Southern District of Georgia

**State of Missouri, et al.**
Plaintiff

v.

**U.S. Dep't of Education, et al.**
Defendant

Case No. 2:24-cv-103

Appearing on behalf of State of Florida, Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of September, 2024.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** James H. Percival, II

**Business Address:** Florida Attorney General's Office (Firm/Business Name)
PL-01 The Capitol (Street Address)
Tallahassee, FL 32399 (City, State, Zip)

Mailing Address (if other than street address): —

850-414-3300 (Telephone Number w/ area code)   n/a (Georgia Bar Number)

**Email Address:** james.percival@myfloridalegal.com