# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. 2:24cv103

Appearing on behalf of
Missouri, et al.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __9th__ day of __September__, __2024__.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Reed C. Dempsey

Business Address: Missouri Attorney General's Office
Firm/Business Name

P. O. Box 899
Street Address

Jefferson City, MO 65102
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

573.751.1800 | N/A
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: Reed.Dempsey@ago.mo.gov