# United States District Court

## Southern District of Georgia

| | |
|---|---|
| State of Missouri, et al. | Case No. 2:24-cv-00103-LGW-BWC |
| Plaintiff | |
| v. | Appearing on behalf of |
| U. S. Dept. of Education, et al. | Plaintiff State of Alabama |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  9th  day of  September , 2024 .

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Edmund G. LaCour Jr.

Business Address: Office of the Alabama Attorney General
Firm/Business Name

501 Washington Avenue
Street Address

Montgomery   AL   36130
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

334.242.7300
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: Edmund.LaCour@AlabamaAG.gov