# United States District Court
## Southern District of Georgia

State of Missouri, et al.
_____
Plaintiff

v.

Department of Education, et al.
_____
Defendant

Case No. 2:24cv-103
_____

Appearing on behalf of
Missouri, et al.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This **9th** day of **September**, **2024**.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Joshua M. Divine

**Business Address:** Missouri Attorney General's Office
Firm/Business Name

P.O. Box 899
Street Address

_____ | Jefferson City | MO | 65102
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

_____ | _____ | _____ | _____
Address Line 2 | City | State | Zip

(573) 751-8870 | N/A
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** Josh.Divine@ago.mo.gov