## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 2:24-cv-00103-JRH-CLR |

## **NOTICE OF REPRESENTATION**

The United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, gives notice that the undersigned counsel represents the Defendants in this matter and that all notices and correspondence should be furnished to her as local counsel of record in this case.

    Respectfully submitted,

    JILL E. STEINBERG
    UNITED STATES ATTORNEY


    *s/ Shannon H. Statkus*
    Shannon H. Statkus
    Assistant United States Attorney
    South Carolina Bar No. 70410

Post Office Box 2017
Augusta, Georgia 30903
Telephone: (706) 724-0517

CERTIFICATE OF SERVICE

This is to certify that I have on September 10, 2024, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of the electronic filing in this Court to all parties of record.

*s/ Shannon H. Statkus*
Shannon H. Statkus
Assistant United States Attorney
