**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 2:24-cv-00103-JRH-CLR |

## DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

　　Defendants respectfully move this Court for an order allowing them to exceed the 26-page limit imposed by Local Rule 7.1(a) for their forthcoming response to Plaintiffs' Combined Motion for Stay/Preliminary Injunction/Temporary Restraining Order, ECF No. 5, which is due today, ECF No. 17.  Defendants move the Court to extend the page limit by six pages, to allow them to file a brief totaling 32 pages.

　　As good cause for this request, Defendants note that the motion to which Defendants are responding is 52 pages long, after the Court granted Plaintiffs' motion for 30 additional pages.  ECF No. 4.  Defendants need the six additional pages to fully develop their arguments in response to Plaintiffs' lengthy filing.

　　Earlier today, counsel for Defendants emailed counsel for Plaintiffs to request Plaintiffs' position on this motion.  Plaintiffs' counsel did not respond, as of the time of this filing.

Dated: September 10, 2024

JILL E. STEINBERG
United States Attorney
Southern District of Georgia


*/s/ Shannon H. Statkus*
SHANNON H. STATKUS
Assistant United States Attorney
South Carolina Bar No. 70410
United States Attorney's Office
Post Office Box No. 2017
Augusta, Georgia 30903
Tel.: (706) 724-0517

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
 D.C. Bar No. 995500
 Senior Trial Counsel
SIMON GREGORY JEROME
 D.C. Bar. No. 1779245
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*