IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI; STATE OF GEORGIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF NORTH DAKOTA; and STATE OF OHIO, | * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 224-103 |
| UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education; AND JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, | * * * * * * * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Defendants' motion for leave to file excess pages. (Doc. 34.) Defendants request the Court extend the page limit by six pages for their forthcoming response to Plaintiffs' motion for stay/preliminary injunction/temporary restraining order. Upon due consideration, the Court **GRANTS** Defendants' motion. Their response shall be no more than 32 pages.

**ORDER ENTERED** at Augusta, Georgia, this _10th_ day of September, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```