# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

U.S. Department of Education, et al.
Defendant

Case No. 2:24-cv-00103-JRH-CLR

Appearing on behalf of

Plaintiff, The State of Arkansas
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of September, 2024.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Dylan L. Jacobs

Business Address: Office of the Arkansas Attorney General
Firm/Business Name

323 Center Street
Street Address

Suite 200 | Little Rock, | AR | 72201
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

501- 682-3661
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: dylan.jacobs@arkansasag.gov

# United States District Court
## Southern District of Georgia

__State of Missouri, et al.__  
Plaintiff

Case No. __2:24-cv-00103-JRH-CLR__

v.

Appearing on behalf of: __Plaintiff__

__U.S. Department of Education, et al.__  
Defendant

__The State of Arkansas__  
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Dylan L. Jacobs__ hereby requests permission to appear pro hac vice in the subject case filed in the __Brunswick__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __see attached__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Todd Carter__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __11th__ day of __September__, __2024__.

__/s/ Dylan L. Jacobs__  
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Todd Carter__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __11th__ day of __September__, __2024__.

__113601__  
Georgia Bar Number

__/s/ G. Todd Carter__  
Signature of Local Counsel

__912.264.8544__  
Business Telephone

Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm)  
5 Glynn Avenue, P. O. Box 220 (Business Address)  
Brunswick, GA 31521-0220 (City, State, Zip)  
5 Glynn Avenue, P. O. Box 220 (Mailing Address)  
tcarter@brbcsw.com (Email Address)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Dylan L Jacobs

*was duly qualified and admitted on June 5, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 03, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

## Dylan L. Jacobs - List of Admissions

| Court | Admission Date | Bar Number | Status |
|---|---|---|---|
| STATE: | | | |
| Arkansas Supreme Court | 9/9/2016 | 2016167 | Good Standing |
| D.C. Bar | 6/5/2017 | 1047239 | Good Standing |
| | | | |
| FEDERAL: | | | |
| US Supreme Court | 10/3/2022 | 316674 | Good Standing |
| US Court of Appeals for the Fifth Circuit | 1/31/2024 | 3630 | Good Standing |
| US Court of Appeals for the Eighth Circuit | 10/23/2017 | 17-0471 | Good Standing |
| US Court of Appeals for the Tenth Circuit | 12/1/2023 | N/A | Good Standing |
| US Court of Appeals for the Eleventh Circuit | 1/31/2022 | 556330091 | Good Standing |
| US Court of Appeals for the D.C. Circuit | 4/15/2019 | 61623 | Good Standing |
| US District Court for the Eastern and Western Districts of Arkansas | 11/1/2017 | 2016167 | Good Standing |
| US District Court for the District of D.C. | 9/5/2018 | N/A | Government |
| US District Court for the Eastern District of Missouri | 2/18/2022 | 2016167AR | Government |
| US District Court for the District of North Dakota | 2/16/2023 | N/A | Good Standing |
| US District Court for the Northern District of Texas | 2/28/2023 | N/A | Good Standing |
| US District Court for the Western District of Texas | 7/29/2024 | 2016167 | Government |
| US District Court for the Eastern District of Texas | 8/22/2024 | N/A | Good Standing |
| US District Court for the Southern District of Indiana | 5/16/2023 | N/A | Good Standing |
| US District Court for the Northern District of Oklahoma | 5/31/2023 | N/A | Good Standing |

**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

*State of Kansas, et al. v. U.S. Dept. of Labor*, Case No. 2:24-cv-00076-LGW-BWC