# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

U.S. Department of Education, et al.
Defendant

Case No. 2:24-cv-00103-JRH-CLR

Appearing on behalf of

Plaintiff, The State of Arkansas
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of September, 2024.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Nicholas J. Bronni

Business Address: Office of the Arkansas Attorney General
Firm/Business Name

323 Center Street
Street Address

Suite 200   Little Rock   AR   72201
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

_____
Address Line 2   City   State   Zip

501-682-2007
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: nicholas.bronni@arkansasag.gov

# United States District Court

## Southern District of Georgia

| | |
|---|---|
| State of Missouri, et al. | Case No. 2:24-cv-00103-JRH-CLR |
| Plaintiff | |
| v. | Appearing on behalf of: Plaintiff |
| U.S. Department of Education, et al. | The State of Arkansas |
| Defendant | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Nicholas Bronni hereby requests permission to appear pro hac vice in the subject case filed in the Brunswick Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, see attached . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Todd Carter as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 11th day of September, 2024.

/s/ Nicholas J. Bronni
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Todd Carter, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 11th day of September, 2024.

| | |
|---|---|
| 113601 | /s/ G. Todd Carter |
| Georgia Bar Number | Signature of Local Counsel |
| 912.264.8544 | Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP (Law Firm) |
| Business Telephone | 5 Glynn Avenue, P. O. Box 220 (Business Address) |
| | Brunswick, GA 31521-0220 (City, State, Zip) |
| | 5 Glynn Avenue, P. O. Box 220 (Mailing Address) |
| | tcarter@brbcsw.com (Email Address) |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Nicholas J Bronni

was duly qualified and admitted on March 5, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 25, 2024.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

## Nicholas J. Bronni - List of Admissions

| Court | Admission Date | Bar Number | Status |
|---|---|---|---|
| **STATE:** | | | |
| Arkansas Supreme Court | 5/9/2016 | 2016097 | Good Standing |
| California Supreme Court | 6/1/2006 | 243337 | Good Standing |
| D.C. Bar | 3/5/2007 | 503286 | Good Standing |
| **FEDERAL:** | | | |
| US Supreme Court | 5/21/2012 | 283583 | Good Standing |
| US Court of Appeals for the Second Circuit | 12/20/2013 | N/A | Inactive |
| US Court of Appeals for the Fourth Circuit | 2/14/2024 | 9424 | Good Standing |
| US Court of Appeals for the Fifth Circuit | 3/18/2024 | N/A | Good Standing |
| US Court of Appeals for the Sixth Circuit | 9/19/2016 | 9424 | Good Standing |
| US Court of Appeals for the Eighth Circuit | 7/28/2016 | 16-0307 | Good Standing |
| US Court of Appeals for the Ninth Circuit | 3/23/2007 | N/A | Good Standing |
| US Court of Appeals for the Tenth Circuit | 10/23/2020 | 2016097 | Good Standing |
| US Court of Appeals for the Eleventh Circuit | 2/3/2022 | 26273 | Good Standing |
| US Court of Appeals for the D.C. Circuit | 2/15/2011 | 53300 | Good Standing |
| US District Court for the Eastern and Western Districts of Arkansas | 7/28/2016 | 11/19/7419 | Good Standing |
| US District Court for the Eastern District of California | 5/22/2024 | 243337 | Good Standing |
| US District Court for the District of D.C. | 9/5/2018 | N/A | Government |
| US District Court for the Eastern District of Missouri | 4/10/2024 | 2016097AR | Government |
| US District Court for the Northern District of Texas | 2/28/2023 | N/A | Good Standing |

**Previous Cases Where Appeared in the District Court for the Southern District of Georgia**

None