# United States District Court

## *Southern District of Georgia*

State of Missouri, et al.
      Plaintiff

v.

U.S. Department of Education, et al.
      Defendant

Case No.  2:24-cv-00103-JRH-CLR

Appearing on behalf of

Plaintiff, The State of Arkansas
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  12th  day of September , 2024 .

UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    Dylan L. Jacobs

Business Address:    Office of the Arkansas Attorney General
                      Firm/Business Name

323 Center Street
                      Street Address

Suite 200      Little Rock, AR     72201
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

501-  682-3661
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:    dylan.jacobs@arkansasag.gov