# United States District Court
## Southern District of Georgia

State of Missouri, et al.
Plaintiff

v.

U.S. Department of Education, et al.
Defendant

Case No. 2:24-cv-00103-JRH-CLR

Appearing on behalf of

Plaintiff, The State of Arkansas
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __September__, __2024__.

_Christopher L. Ray_
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Nicholas J. Bronni

Business Address: Office of the Arkansas Attorney General
Firm/Business Name

323 Center Street
Street Address

Suite 200    Little Rock    AR    72201
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

501-682-2007
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: nicholas.bronni@arkansasag.gov