# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF GEORGIA,<br>STATE OF ALABAMA<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF OHIO<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00103-JRH-BWC |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff States move this Court for an order allowing them to exceed the 26-page limit imposed by Local Rule 7.1(a) for their omnibus Memorandum in Support of their Motion for a Stay, Preliminary Injunction, Temporary Restraining Order and in Response to Defendants' Motions to Dismiss and Clarify.  The States move the Court to extend the page limit to allow them to file a brief totaling 38 pages.

Excess pages are needed because Plaintiff States' brief is an omnibus response to three different filings by Defendants that total 64 pages: Defendants' response to the TRO/PI/Stay motion (42 pages), Defendants' motion to dismiss (19 pages), and Defendants' motion to clarify

1

(3 pages).  (Per Local Rule 7.1(a), page count begins on the first pages of a brief and includes all pages thereafter.)

      Plaintiff States have conferred with Defendants who said they do not oppose this motion. Plaintiff States respectfully request that the Court allow them to file a Brief in Support of their Combined Motion and in Response to Defendants' Motions totaling 38 pages in length.

Date: September 13, 2024

Respectfully Submitted,

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ Stephen J. Petrany
Stephen J. Petrany
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

G. Todd Carter, Esq.
Georgia Bar No: 113601
Special Assistant Attorney General
Office of the Georgia
Attorney General
Brown, Readdick, Bumgartner,
Carter, Strickland &Watkins, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
Tel: 912-264-8544
Fax: 912-264-9667
tcarter@brbcsw.com

**STEVE MARSHALL**
**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine
   *Solicitor General*
Reed C. Dempsey
   *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni
   *Solicitor General*
Dylan L. Jacobs
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

**ASHLEY MOODY**
**Attorney General of Florida**

/s/James H. Percival
James H. Percival
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

| | |
|---|---|
| **DREW H. WRIGLEY**<br>**Attorney General of North Dakota** | **DAVE YOST**<br>**Attorney General of Ohio** |
| /s/ Philip Axt<br>Philip Axt<br>    *Solicitor General*<br>North Dakota Attorney General's Office<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>pjaxt@nd.gov | /s/ T. Elliot Gaiser<br>T. Elliot Gaiser<br>    *Solicitor General*<br>Office of the Attorney General<br>365 East Broad Street<br>Columbus, Ohio 43215<br>Phone: (614) 466-8980<br>thomas.gaiser@ohioago.gov |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 13, 2024, the foregoing was filed electronically through the Court's electronic filing system and served by email on all parties.

/s/ *Joshua M. Divine*
Solicitor General of Missouri