# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV224-103**

TITLE **State of Missouri et al v. US Dept of Education, et al**

TIMES **9:59 am - 11:19 am**

DATE **09/18/2024**

TOTAL **1 hr. 20 min,**

Honorable: **J. Randal Hall, Judge, U.S. District Court**

Court Reporter: **Lisa Davenport**

Courtroom Deputy: **Lisa Widener**

Interpreter:

**Attorney for Plaintiff**
Joshua M., Divine
Reed Dempsey

**Attorney for Defendant(s)**
Simon Jerome
Stephen Pezzi
Shannon Statkus

**Defendant(s)**

PROCEEDINGS: **Motions Hearing**   ☑ In Court   ☐ In Chambers

All parties present and ready to proceed.

Court grants Motion for Excess Pages (Doc. 44).

After hearing from the parties on the motion for preliminary injunction and the motion to dismiss, the court takes matters under advisement.

The court will extend the TRO for an additional 14 days.

(Rev 7/2003)                                                         GENERAL CLERK'S MINUTES