IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI; STATE OF GEORGIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF NORTH DAKOTA; and STATE OF OHIO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education; AND JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * | CV 224-103 |

**O R D E R**

Following a hearing held on September 18, 2024, the Court is taking under consideration Plaintiffs' motion for preliminary injunction (Doc. 5) and Defendants' motion to dismiss (Doc. 37). During the hearing, the Court heard arguments from both sides on the motions. Based on the extensive briefing and arguments, the Court finds good cause exists to extend the temporary restraining order currently in place. (Doc. 17.)

**IT IS HEREBY ORDERED** that the temporary restraining order (Doc. 17) entered by the Court on September 5, 2024 shall be

extended for an additional fourteen days from the date of this Order. The extension will allow the Court to appropriately review and assess the Parties' submitted briefs and argument offered during the September 18, 2024 hearing and to issue an Order addressing the pending motions.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of September, 2024 at 9:00 A.M.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA