## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI,
STATE OF ALABAMA
STATE OF ARKANSAS,
STATE OF FLORIDA,
STATE OF NORTH DAKOTA,
STATE OF OHIO, and

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, Jr., in his official
capacity as President of the United States,

MIGUEL A. CARDONA, in his official
capacity as Secretary, United States
Department of Education, and

UNITED STATES DEPARTMENT OF
EDUCATION,

    *Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 24-cv-1316
**EMERGENCY TRO requested by end of
day, October 4.**

**If necessary, TRO hearing requested as
soon as possible.**

## EMERGENCY MOTION FOR A STAY OR IN THE ALTERNATIVE A
## TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Plaintiffs move for a temporary restraining order (Fed. R. Civ. P. 65), an administrative

stay, a preliminary injunction, or a statutory stay of agency action (5 U.S.C. § 705) against

Defendants' third attempt to mass cancel loans.  This case has been transferred from a district court

that already granted two TROs against Defendants but then transferred after concluding that it

lacked venue.  During a previous hearing, Defendants conceded on the record that they will fully

implement the Third Mass Cancellation Rule after 72 hours of publication, Tr. 40, even though

federal law expressly requires they wait until at least 60 days after publication, 5 U.S.C.

§ 801(a)(3).  In other words, absent immediate relief, Defendants will unlawfully liquidate *at least*

$73 billion in student loan debt by as soon as Monday, causing immediate, irreparable harm to Plaintiff States before this case can be adjudicated on the merits.  ECF 5 at 3.

If the Court grants a TRO, the States ask that it remain in place as long as needed for the Court to rule on the request for a § 705 stay or a preliminary injunction.  In support of this motion, Plaintiff States rely on the arguments in the accompanying memorandum supporting both this motion, the underlying briefing on the States' Motion for a Stay/Preliminary Injunction/Temporary Restraining Order (ECF 5), and the transcript of the oral argument held in the other district court before this case was transferred.

Date: October 3, 2024

Respectfully Submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine
   *Solicitor General*
Reed C. Dempsey
   *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni
   *Solicitor General*
Dylan L. Jacobs
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

**STEVE MARSHALL**
**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

**ASHLEY MOODY**
**Attorney General of Florida**

/s/James H. Percival
James H. Percival
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
   *Solicitor General*
Mathura J. Sridharan
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 3, 2024, a true and accurate copy of the foregoing was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

I further certify that the foregoing document contains 253 words, exclusive of matters designated for omission, as counted by Microsoft Word.

/s/ *Joshua M. Divine*

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for Plaintiff States*