IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, et al.<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.<br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:24-cv-01316-MTS<br>) |

**ENTRY OF APPEARANCE**

    Nicholas J. Bronni, attorney with the Office of the Arkansas Attorney General, hereby enters his appearance in the case as counsel for Plaintiff State of Arkansas.

    Respectfully submitted,

    TIM GRIFFIN
    Attorney General of Arkansas

    /s/ *Nicholas J. Bronni*
    Nicholas J. Bronni
    *Solicitor General*

    OFFICE OF THE ARKANSAS
     ATTORNEY GENERAL
    323 Center Street, Suite 200
    Little Rock, AR 72201
    (501) 682-6302
    Nicholas.Bronni@arkansasag.gov

    *Counsel for State of Arkansas*