UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

State of Missouri, et al.

_____,           )
            Plaintiff (s),          )
                                    )
                                    )
    v.                              )    Case No.   4:24-cv-01316-MTS
                                    )
                                    )
  U.S. Department of                )
   Education, et al.                )
_____,           )
            Defendant(s).           )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now ___Plaintiffs_____ and notifies the court of the intent to use
      (Plaintiff or Defendant)

Same Day Process
_____
(name and address of process server)

1413 K Street, NW 7th Floor
_____

Washington, DC 20005
_____

To serve: U.S. Dept. of Education; Secretary Miguel Cardona; President Joseph R. Biden, Jr.; U.S. Attorney General; and, U.S. Attorney E.D. of MO in the
_____
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

10/07/2024                              /s/ Joshua M. Divine
_____            _____
      (date)                              (attorney for Plaintiff)


                                   _____
                                          (attorney for Defendant)