**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-01316-MTS |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

**IT IS HEREBY ORDERED** that the Motion to Intervene filed by Erwin Rosenberg is **DENIED**.

Dated this 15th day of October 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE