IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | |
|---|---|
| STATE OF MISSOURI, et al. | ) |
| *Plaintiffs,* | ) |
| -vs- | ) No. 4:24-cv-01316-MTS |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) |
| *Defendants.* | ) |

## AFFIDAVIT OF SERVICE

I, Joshua M. Divine, having personal knowledge attest that:

1. I am over 18 years old and not a party to the captioned case.

2. On September 3, 2024, the Complaint was filed in the U.S. District Court for the Southern District of Georgia, Case #2:24-cv-00103-JRH-CLR.

3. On October 2, 2024, this case was transferred to the U.S. District Court for the Eastern District of Missouri, Case #4:24-cv-01316-MTS.

4. On October 9, 2024, I caused summons and copy of the Complaint to be served by Same Day Process Service upon the following Plaintiffs:

Secretary Miguel Cardona
U.S. Department of Education
400 Maryland Avenue SW
Washington, DC 20202

U.S. Department of Education
400 Maryland Avenue SW
Washington, DC 20202

5. Exhibit 1, attached, is a true and accurate copy of an Affidavit, signed by Jacob Holahan of Same Day Process Service, affirming service on Miguel Cardona, Secretary of the U.S. Department of Education.

1

6. Exhibit 2, attached, is a true and accurate copy of an Affidavit, signed by Jacob Holahan of Same Day Process Service, affirming service on the U.S. Department of Education.

7. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2024                  Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine #69875
Missouri Attorney General's Office
  *Solicitor General*
Office of the Missouri Attorney General
207 West High Street
Jefferson City, Missouri 65101
Tel: (573) 751-8870
Email: Josh.Divine@ago.mo.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, the forgoing Affidavit of Service was filed and served through the Court's CM/ECF system upon all counsel of record.

*/s/ Joshua M. Divine*