# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-01316-MTS |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiffs' Motion to Compel, Doc. [76], no later than **noon CST** on **Friday**, **December 20, 2024**.

So **ORDERED** this 18th day of December 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE