# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-01316-MTS |

**Motion to Withdraw as Counsel**

Nicholas J. Bronni, counsel for Plaintiff State of Arkansas, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni will be leaving the employment of the Office of the Arkansas Attorney General effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Plaintiff will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Dated: December 31, 2024

                                          Respectfully Submitted,

                                          TIM GRIFFIN
                                           *Arkansas Attorney General*

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni #2016097(AR)
 *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni