**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01316-MTS |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

 **IT IS HEREBY ORDERED** that the parties shall file a joint status update on the Third Mass Cancellation Rule at issue in this action no later than **Friday**, **May 09, 2025**. The status update should include the parties' positions on whether a live case or controversy remains in this action under Article III.

 Dated this 9th day of April 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE