IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) <br> ) |
| *Plaintiffs*, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 24-cv-1316 <br> ) |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) <br> ) <br> ) |
| *Defendants*.[1] | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 9, 2025 Order (ECF 85), the parties submit this Joint Status Report regarding outstanding matters in this case and "whether a live case or controversy remains in this action under Article III." In recent weeks, counsel for the parties have met and conferred about possible paths toward a negotiated resolution of this litigation. Those discussions have included the subject of "whether a live case or controversy remains in this action under Article III," April 9, 2025 Order, a subject on which the parties currently have a dispute. Additionally, the parties note that a bill was introduced in Congress on April 28, 2025,[2] which includes statutory changes that, if enacted, may affect the claims presented by Plaintiff States.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Donald J. Trump is automatically substituted as a defendant in his official capacity as President of the United States, for his predecessor Joseph R. Biden, Jr. Linda E. McMahon is likewise automatically substituted as a defendant in her official capacity as Secretary of Education, for her predecessor Miguel A. Cardona.

[2] Z. Schermele, *Republicans propose massive overhaul of student loans, Pell Grants*, USA TODAY (Apr. 28, 2025), https://perma.cc/DJP3-RULR.

In light of the foregoing, the parties respectfully request that the Court allow the parties to continue their discussions regarding further proceedings and file a further status report in 60 days (or separate status reports, if the parties cannot reach an agreement regarding next steps).

<div style="display: flex;">
<div>

Date: May 9, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
D.C. Bar No. 995500
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

</div>
<div>

Respectfully Submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine, #69875MO
　*Solicitor General*
Reed C. Dempsey, #1697941DC
　*Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for State Plaintiffs*

*Additional Counsel for State Plaintiffs on following page*

</div>
</div>

3

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ Autumn Hamit Patterson
Autumn Hamit Patterson
   *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Autumn.Patterson@arkansasag.gov

**STEVE MARSHALL**
**Attorney General of Alabama**

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
   *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

**JAMES UTHMEIER**
**Florida Attorney General**

/s/ Allen L. Huang
Allen L. Huang
   *Deputy Solicitor General*
Christine Pratt
   *Assistant Solicitor General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
allen.huang@myfloridalegal.com

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
   *Solicitor General*
Mathura J. Sridharan
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

## CERTIFICATE OF SERVICE & COMPLIANCE

I hereby certify that, on May 9, 2025, a true and accurate copy of the foregoing was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b)

I further certify that the foregoing document contains 2 pages, exclusive of matters designated for omission, as counted by Microsoft Word 2016.

/s/ *Joshua M. Divine*

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for Plaintiff States*