# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:24-cv-01316-MTS |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After a complete review of the relevant briefing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Improper Venue, Doc. [64], is **DENIED** for the reasons explained elsewhere by this Court. *See Missouri v. Biden*, 738 F. Supp. 3d 1113, 1144–45 (E.D. Mo. 2024).

**IT IS FURTHER ORDERED** that Defendants' Motion for Clarification, Doc. [38], is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration, Doc. [67], filed by Erwin Rosenberg is **DENIED**.[*] *Cf. Magnus Elecs., Inc. v. Masco Corp. of Ind.*, 871 F.2d 626, 630 (7th Cir. 1989) ("A motion to reconsider is frivolous if it contains no new evidence or arguments of law that explain why the magistrate should change an original order that was proper when made.").

---

[*] Out of an abundance of caution, the Court makes this determination even after considering the arguments raised in Mr. Rosenberg's Reply in support of his initial Motion.

**IT IS FURTHER ORDERED** that the Plaintiffs' Motion to Compel Defendants to Submit a Statement of Compliance, Doc. [76], is **DENIED** to the extent Plaintiffs seek a statement in addition to what Defendants provided in their court-ordered Response, Doc. [78].

**IT IS FINALLY ORDERED** that, in light of the Defendants' position that "it is now beyond all doubt that this case is moot" and "the Court should dismiss the case for lack of subject-matter jurisdiction," Doc. [92] at 1, Defendants shall file, **no later than forty-five (45) days from the date of this Order**, a Motion to Dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Absent an order to the contrary, the parties' briefing shall comply with Eastern District of Missouri Local Rule 4.01 in all relevant respects.

Dated this 8th day of September 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE