# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-01316-MTS |

## DEFENDANTS' CONSENT MOTION FOR A STAY OF MOTION-TO-DISMISS DEADLINE DUE TO LAPSE IN APPROPRIATIONS

Defendants hereby move for a stay of their deadline (currently set for October 23, 2025, *see* ECF No. 95) to file a motion to dismiss for lack of subject-matter jurisdiction in this case. As good cause for this request, to which Plaintiffs consent, Defendants offer the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for most other Executive Branch agencies, including Defendant the Department of Education. Defendants do not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Education are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' deadline (currently set for October 23, 2025, *see* ECF No. 95) to file a motion to dismiss for lack of subject-matter jurisdiction in this case, until Congress has restored appropriations.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice and the Department of Education.

Defendants request that, at that point, their motion-to-dismiss deadline be extended commensurate with the duration of the lapse in appropriations—*i.e.*, by the total number of days of the lapse in appropriations.

5. Before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion.

\* \* \*

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of their motion-to-dismiss deadline until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 8, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*