# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 4:24-cv-01316-MTS |

## DEFENDANTS' NOTICE REGARDING APPROPRIATIONS

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 was signed into law by the President. That law restored appropriations to the Department of Justice and the Department of Education, effective November 13, 2025.

Defendants' deadline to file a motion to dismiss is currently stayed pending further order of the Court, per the Court's October 9, 2025 Order granting Defendants' consent motion for a stay due to the lapse in appropriations. ECF No. 102. In light of the restoration of appropriations, counsel for the United States now intends to meet and confer with counsel for the Plaintiff States regarding the schedule in this case. Defendants respectfully submit that the most efficient course of action would be for the parties to confer and submit a proposed schedule for further proceedings (or separate proposals, if they cannot reach agreement) within 14 days. That schedule would account for the significant and unexpected disruptions to counsel's schedule that resulted from the lengthy lapse in appropriations, in this and many other matters.

Dated: November 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*