# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# (ST. LOUIS)

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-01316-MTS |
| | ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

A. Barrett Bowdre hereby enters his notice of appearance as counsel for Plaintiff State of Alabama.

Respectfully submitted,

Steve Marshall
*Attorney General*

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Solicitor General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242.7300
Fax (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                         s/ A. Barrett Bowdre
                                         A. Barrett Bowdre