**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01316-MTS |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Doc. [111], is **SCHEDULED** for **Tuesday**, **April 28, 2026**, at **1:00 p.m. CDT**, in Courtroom 16-S of the Thomas F. Eagleton U.S. Courthouse.

Dated this 12th day of March 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE