# Business Operations Change Request Form

**As Of:  8/24/2022  3:03:42PM**

EXHIBIT

A

## Administrative Information

**CR:**  6391          **Drafted:**  8/22/2022  11:59:54AM          **Submitted:**  8/24/2022  2:23:13PM

**Title:**    LD - Servicer Discharge Request Process

**Sponsor:**    Mark La Via                    **Business Analyst:**    Denise Merchant

**Anticipated Implementation Date:**    09/23/2022                    *EMERGENCY*

## Change Request Details

**Reason (Business Need):**

FSA needs to implement a process to request large volumes of Pandemic-connected borrower discharges that allow FSA to provide the requests to the needed vendors.  The process will allow for Pandemic-connected discharges to be provided which provide the information needed for the vendor to process the discharge (per FSA instructions) and respond to FSA on the results.

**Description (Requirements):**

1. Servicers should first read the Pandemic-connected Discharge Overview document to understand the overall concept of how this discharge will work prior to attempting to understand the requirements.
2. The servicer shall receive and accept discharge request file(s) from FSA.
a. The file will be provided to the servicer via email with encrypted attachment.  Each servicer shall provide the email address(es) to receive the file.
i. Multiple emails may be sent to support larger files (if needed).  Password to use will be provided by FSA.
b. The file will be a 'flat/text' file with a header record and detail records.  The header record will include a 'Discharge Request' identifier that will describe the type of discharge requests in the file.
i. Current type of discharge requests included in this process is the GD01 (Pandemic-connected discharge), additional request types/formats may be added to the process via future change requests.
c. The file will be provided twice per month – approximately the 5th and 20th of each month.

3. The servicer shall provide an email confirming receipt of each discharge request file.  The email confirmation shall be sent to TivasReports@ed.gov, frank.curran@ed.gov, mark.lavia@ed.gov and other email addresses as requested by FSA.
a. FSA will follow up with the vendor if confirmation has not been provided within 1 business day after the file was sent.

4. The servicer shall process Pandemic connected discharge requests (GD01) as follows:

a. The GD01 discharge requests will be received in the discharge request file with "GD01" in the header record discharge request identifier field.
i. See GD01_FileLayout.docx.
b. The servicer shall annotate the borrower's account immediately upon receipt of a discharge request to inform customer service representatives that a Pandemic-connected discharge has been requested for this borrower.
i. This will also document on the borrowers account when the request was received for historical/audit purposes.
c. The servicer shall identify the total amount of discharge and list of loans (and the order of the loans) from the discharge request file.
d. The servicer shall apply the discharge with an effective date of 08/24/2022 and a unique identifier/transaction within the servicing system.
i. If the loan being discharged has a disbursement date after the effective date listed above, the servicer shall use the disbursement date as the effective date (i.e. consolidation loan originated after the effective date listed above).
ii. Any payments that were received after the effective date of the discharge shall be applied to other unpaid loans/debts at the servicer or, if no other unpaid loans/debts remain after the total discharge has been applied to the borrower, refund the remainder of the payment(s) to the borrower.
e. The discharge amount shall be applied to the loans in the order they were provided by FSA – first apply the discharge to the first loan (first to interest, then to principal), if any of the total discharge amount remains after applying to the first loan is paid in full (interest and principal), then apply the discharge to the second loan, and so forth.
i. The discharge shall be applied to each loan so that it discharges interest first then principal.

bocm00051186

ii. Servicers shall ONLY discharge loans they have been provided in the discharge request file (the discharge request file MAY NOT contain all of the borrowers loans at the servicer).

iii. Servicers are NOT to process any borrower request to 'reallocate' their discharged amounts to other loans.

iv. See examples in file GD01_examples.docx.

f. Once the discharge process for the borrower has been completed, the servicer shall send a Pandemic-connected Discharge Notification to the borrower within 7 calendar days after completion.

i. See file GD_Notice.docx for the Pandemic-connected Discharge Notification notice text/format to be used.

ii. Notices shall be sent via the borrower's selected communication method (email/postal).  If any email is returned undeliverable the notice shall be resent via postal mail.

iii. The servicer shall store a copy of the Pandemic-connected discharge notice in the borrower's imaging records (and transfer that copy to another servicer if the loan is later transferred to another servicer).

g. The servicer shall annotate on the borrower's account once the discharge has been applied indicating the total amount of discharge across all loans the borrower has received.

i. If the total amount of discharge is later increased/decreased for any reason a new annotation shall be added identifying the new discharged amount (and reason why if the total was increased/decreased).

h. Pandemic-connected Discharges shall be reported by the servicer to NSLDS as follows:

i. The servicer shall report the Discharge (AO) record type with a discharge type code ('GD01') indicating a Pandemic-connected Discharge effective on the date of discharge, and if approval was  for full or partial discharge.

ii. The servicer shall report "GD–Pandemic-Connected Discharge" in the Code for Loan Status (AH record) field effective on the date of discharge approval for loans that are paid in full as a result of applying the discharge.

i. Pandemic-connected discharges shall be reported by the servicer to FMS as follows:

i. The servicer shall report using the write-off transaction with a new reason code of (1132).  If any servicer/DMCS does not currently report discharge reason codes to FMS, the alternative process of reporting shall be described in the servicer's impact analysis and approved by FSA.

j. Pandemic-connected discharges shall not be reported to COD.  These discharges are being treated similar to forgiveness (no restoration of eligibility).

k. Loans receiving Pandemic-connected discharges shall be reported to Credit Reporting Agencies following METRO2 guidelines.  In general:

i. If the loan is not fully discharged/forgiven (balance remains), reduce the Current Balance to reflect the amount remaining after the discharge was applied.

ii. If the loan is fully discharged/forgiven (loan is paid in full/$0.00 after discharge applied), Report Account Status Code 13, Payment Rating 0, Current Balance 0 and Amount Past Due 0 to indicate a paid/closed account, along with the appropriate Date Closed.

l. If the servicer receives a future closed school, COVID or borrower defense discharge request on a loan that previously received a Pandemic-connected discharge, the servicer shall:

i. Reverse off the Pandemic-connected discharge prior to applying the other discharge type.  Once the Pandemic-connected discharge type is removed, the servicer shall then apply the other discharge request.

ii. The servicer shall update NSLDS, FMS and all other reports to reflect the reversal of the Pandemic-connected discharge.

iii. The servicer shall update the next Pandemic-connected discharge response file sent to FSA to indicate the change to the Pandemic-connected discharge amount applied to the borrower.

iv. Note:  The reversal of the Pandemic-connected discharge MAY result in FSA requesting additional future discharge request for the amount of the Pandemic-connected discharge reversed.

v. Other discharge types will not require reversal of the Pandemic-connected discharge (FSA may request some minimal volume of exceptions in unique situations as needed).

vi. Servicers shall continue this process (of reversing the Pandemic-connected discharge if CSD, BD, or COVID discharge is received) until FSA instructs servicers to no longer reverse the Pandemic-connected l discharge.  FSA will provide at least 30 days written notice prior to ending this practice.

m. The servicer shall reverse any Pandemic-connected discharge(s) upon FSA request.

n. The servicer shall not create/send 1099 forms for Pandemic-connected discharges.

o. If the servicer receives downward adjustments to loans that previously rec'd the GD01, the servicer shall reduce the amount of the GD01 if needed so the discharge is not larger than the adjusted balance of the loan (and report that reduction in the response file) as needed.

p. If the servicer received upward adjustments or additional disbursements on a loan the that previously received a GD01, the servicer shall NOT increase the amount of the GD01 discharge unless a new discharge request is provided by FSA.

5. The servicer shall apply all discharges within 15 calendar days from receipt of the file.

6. The servicer shall provide a weekly, cumulative 'response' file to all GD01 requests.

a. The response file shall combine responses to all prior GD01 requests (from all dates) within one file.

b. The weekly file shall follow the file layout found in GD01_ResponseFile.xlsx.

c. The file shall be provided via email with an encrypted attachment to tivasreports@ed.gov, frank.curran@ed.gov, and mark.lavia@ed.gov (and other addresses as requested by FSA).

bocm00051186

i. Subject of emails should be "GD01_" followed by the servicer 3 digit code (i.e. GD01_578 for Aidvantage).
ii. If response files are too large for email limits – the file shall be broken into multiple files and submitted via multiple emails with encrypted attachment of the file(s).
d. The response file shall be provided every Monday by 8pm ET.  Note: If Monday is a federal holiday, provide on the next business day by 8pm ET.
e. The response file shall be named as follows:  GD01_500_1of1 where the "500" is the servicer's 3 digit code and "1of1" includes the file number and total number of files (1of1 for a single file, 1of2 and 2of2,etc would be the file names if multiple files are sent)

7. The servicer shall update the sending/receipt and processing of the EA27 transfer file to include the new discharge type (17) for a Pandemic-connected discharge that has been applied to an account.
a. If transferring a loan where a Pandemic-connected discharge has been applied, include 17 as the specialty claim type in record 04.  Include the date of file from the request in the Specialty Status Notification Date field, and "V" in the specialty claim processing cod field.  Note: Other information about the discharge shall be available in the annotations and servicing history records sent upon transfer.

8. The service shall support all requests for information relating to FSA monitoring or auditing of this discharge process.

**Does this change require a new network connection
 (Secure File Transfer Protocol is mandatory for all new connections)?**    No

**IST Anticipated?**                                                          No

| FSA Service/System/Area Impacted |
|---|

*Communications - Notification Only*
DMCS
Enterprise Risk Management
Enterprise Security - Notification Only
Policy,Implement&Oversight (PIO)-Notificat
Vendor Oversight – Notification Only
AidVantage
EdFinancial
Great Lakes
MOHELA
MOHELA - PSLF
MOHELA - TEACH
Nelnet
OSLA
Perkins
PHEAA
TPD

**Validation - Artifacts and Corresponding Requirement IDs (Required for Services)**
The servicer shall provide the following validation artifacts for approval by FSA prior to implementation/use of the Pandemic-connected discharge:
1. List of email addresses the request files will need to be sent to once implemented.
2. Sample screenshots from testing region displaying discharges applied to borrower's loans (3 borrowers).  The screen shots should provide before & after displays of the loans and be labeled to show:  The principal/interest balances prior to discharge and after, the effective date of the discharge, the annotations on the account, and the discharge transaction.
3. One test sample of the post discharge email and one sample of the postal mail that will be sent to borrowers after application of the discharge.
4. A sample of the response file created from a testing region.

**Artifacts Due Date:** 09/19/2022          **BU Reviewer:**    Frank Curran

bocm00051186