**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

STATE OF MISSOURI, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

*Defendants*.

Case No. 4:24-cv-01316-MTS

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit the following notice of supplemental authority. On August 24, 2026, the Supreme Court issued a per curiam opinion in *Trump v. California*, No. 26A124, 609 U.S. ----, --- S. Ct. ----, 2026 WL 2473573 (U.S. Aug. 24, 2026). In that opinion, the Supreme Court reaffirmed bedrock principles of standing and ripeness, in holding that litigation premised on the issuance of a proposed rule (rather than a final rule) was impermissible under Article III of the United States Constitution. *See* 2026 WL 2473573, at *4 ("Federal courts review final rules, not proposed rules."). This opinion—which accepted arguments advanced by the United States and by the State of Missouri, *see* Application for a Stay, *Alabama v. California*, No. 26A1239 (U.S. July 29, 2026)[1]; Application for a Stay, *Trump v. California*, No. 26A124 (U.S. July 27, 2026)[2]—supports Defendants' arguments for dismissal in this case. A copy of the opinion is attached to this filing for the Court's convenience.

[1] https://www.supremecourt.gov/docket/docketfiles/html/public/26a139.html

[2] https://www.supremecourt.gov/docket/docketfiles/html/public/26a124.html

Dated: August 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*