**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 4:24-cv-1316-MTS |

**PLAINTIFF STATES' RESPONSE TO**
**<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

The Supreme Court's recent decision in *Trump v. California*, No. 26A124, 609 U.S. ---, 2026 WL 2473573 (U.S. Aug. 24, 2026) (per curiam), has *zero* relevance to this case. As Defendants observe, the Supreme Court reaffirmed the foundational Article III principle that "'[f]ederal courts review final rules, not proposed rules." *Id.* at *4. But in this case, Plaintiff States challenged not a proposed rule, but a final rule. From the beginning, Plaintiff States alleged that the Department of Education "finalized" the Third Mass Cancellation Rule "*without* publication" for strategic reasons, i.e. to avoid judicial review, Compl. ¶¶ 96, 5; *see id.* ¶¶ 77–96, and Plaintiff States have maintained this theory throughout the case, *see* Doc. 5; Doc. 45; Doc. 122. That situation was simply not present in *Trump v. California*, a case in which Missouri participated in and briefed as a party.

In *Trump v. California*, a group of States challenged the implementation of an Executive Order. 2026 WL 2473573, at *1. One section of the Executive Order

directed "the Postal Service to *initiate* the process of proposing a rule that might bind the States in the future. It is not a proposed rule, let alone a final rule." *Id.* at *4 (emphasis added). This has no bearing here, where Plaintiff States have challenged the "finalized" Third Mass Cancellation Rule. Compl. ¶¶ 77–96.

Date: August 26, 2026

Respectfully Submitted,

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
*Solicitor General*
Graham D. Miller #77656 (MO)
*Deputy Solicitor General*
Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 65101
(314) 340-7652 Phone
Louis.Capozzi@ago.mo.gov
Graham.Miller@ago.mo.gov
*Lead Counsel for State Plaintiffs*

**STEVE MARSHALL**
**Alabama Attorney General**

*/s/ A. Barrett Bowdre*
A. Barrett Bowdre
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov

**TIM GRIFFIN**
**Arkansas Attorney General**

*/s/ Autumn H. Patterson*
Autumn H. Patterson
*Solicitor General*
Dylan L. Jacobs
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Autumn.Patterson@arkansasag.gov

**JAMES UTHMEIER**
**Florida Attorney General**

*/s/ Christine K. Pratt*
Christine K. Pratt
*Deputy Solicitor General*
Office of the Attorney General
400 S. Monroe Street
Tallahassee, Florida 32399-1050
(352) 359-6684
Christine.Pratt@myfloridalegal.com

**DREW H. WRIGLEY**
**North Dakota Attorney General**

*/s/ Philip Axt*
Philip Axt
*Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

**ANDY WILSON**
**Ohio Attorney General**

*/s/ T. Elliot Gaiser*
T. Elliot Gaiser
*Solicitor General*
Mathura J. Sridharan
*Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Louis J. Capozzi III*