**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01316-MTS |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction. Doc. [111]; *see* Fed. R. Civ. P. 12(b)(1). The parties briefed the Motion, the Court heard argument, and the Court received supplemental briefing. After a thorough review and careful consideration of all the arguments presented and of the Court's own research, the Court finds that Plaintiffs have the better of the argument on this multifaceted subject-matter jurisdiction issue. For that reason, the Court will deny Defendants' Motion.

As the Court must, it will continue to independently consider its subject-matter jurisdiction at every stage of this action. *City of Kansas City. v. Yarco Co.*, 625 F.3d 1038, 1040 (8th Cir. 2010) ("Federal courts have an independent duty to determine subject matter jurisdiction[.]"); *see* Fed. R. Civ. P. 12(h)(3). And Defendants are free to continue to advance their jurisdictional arguments. *See Wye Oak Tech., Inc. v. Republic of Iraq*, 24 F.4th 686, 698–99 (D.C. Cir. 2022) (Jackson, J.).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Doc. [111], is **DENIED**.

Dated this 28th day of September 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE