**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 4:24-cv-1316-MTS |

**JOINT MOTION FOR 30-DAY EXTENSION OF COURT'S DEADLINES**

Pursuant to the Court's September 28, 2026 Orders, Docs. 125, 126, the parties have met and conferred about a path toward a negotiated resolution of this litigation. These conversations are ongoing. Therefore, the parties respectfully request that the Court allow the parties additional time to continue their discussions and grant the parties a 30-day extension of all deadlines set forth in its September 28, 2026 Order (Doc. 126), including by continuing the Rule 16 conference currently scheduled for October 29, 2026.

Date: October 15, 2026

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

/s/ Louis J. Capozzi III
Louis J. Capozzi III, #77756(MO)
*Solicitor General*
/s/ Graham D. Miller
Graham D. Miller #77656(MO)
*Deputy Solicitor General*
Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 65101
(314) 340-7652 Phone
Louis.Capozzi@ago.mo.gov
Graham.Miller@ago.mo.gov

*Lead Counsel for State Plaintiffs*

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ Graham D. Miller